# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| CLAUDIA CORREA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-22-CA-476-FB |
| ) | |
| HORTON CAPITAL PROPERTIES, LLC; ) | |
| and TRENTON HORTON, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge (docket no. 16) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that the parties' Agreed Motion for Dismissal With Prejudice (docket no. 15) is GRANTED and the above styled and numbered cause is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 15th day of March, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE